

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RAY MONTGOMERY,<br><br>Defendant. | Case No. 2:08-CR-00827-DOC-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On June 25, 2021, Defendant Steven Ray Montgomery ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:08-CR-00827-DOC-1. Defendant was represented by Deputy Federal Public Defender James Threatt.

///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Failure to report to U.S. Probation Office
- Failure to maintain contact with U.S. Probation Office
- Substance abuse history
- Criminal history
- Unknown background information
- Unknown bail resources
- Unknown mental health history
- Use of name variations/other identifiers

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Criminal history
- Non-compliance while on supervised release
- Pattern of similar criminal behavior
- Substance abuse history
- Criminal history

## III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: June 25, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE